UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:22-cr-49-SPC-NPM

NAJOUR GRIMES

# ORDER[1]

Before the Court, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, is the United States' Motion for a Preliminary Order of Forfeiture for a **Glock, Model 21, .45 caliber pistol (SN: KVR459)**. (Doc. 63).

The defendant pleaded guilty to felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), and the Court adjudged him guilty of this offense. (Docs. 59;61).

The United States established the required connection between the crime of conviction and the asset. Because the United States is entitled to forfeit the property, the Motion for a Preliminary Order of Forfeiture (Doc. 63) is **GRANTED**. Pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the asset described

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

above is **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to complete the forfeiture and disposition of the asset sought by the government.

**DONE AND ORDERED** in Fort Myers, Florida on February 28, 2023.

                                                SHERI POLSTER CHAPPELL
                                                UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record