UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 2:22-cr-49-SPC-NPM

NAJOUR GRIMES

# FINAL ORDER OF FOREFEITURE[1]

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 70). Now that Defendant has been adjudicated guilty, the Government seeks a final order forfeiting his interest in a **Glock, Model 21, .45 caliber pistol (SN: KVR459)**, which was subject to a February 28, 2023, preliminary order of forfeiture. (Doc. 64). Although the Government gave proper notice, no third parties have petitioned for the firearm, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the firearm to the Government.

Accordingly, it is

**ORDERED**:

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

The United States' Motion for Final Order of Forfeiture (Doc. 70) is **GRANTED**.

1. Defendant's interest in the **Glock, Model 21, .45 caliber pistol (SN: KVR459)** is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on May 26, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record